DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ISIDRO RUBIO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-223-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER;** |
| | **CONTINUING STATUS CONFERENCE** |
| | **AND EXCLUDING TIME** |
| ISIDRO RUBIO-RODRIGUEZ, | |
| Defendant. | Date:  September 2, 2011 |
| | Time:  9:00 a.m. |
| | Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ISIDRO RUBIO-RODRIGUEZ, that the status conference hearing date of August 26, 2011 be vacated, and the matter be set for status conference on September 2, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive the "Pre-Plea Advisory Guideline Presentence Investigation Report" and the Plea Agreement. Then, defense counsel needs additional time to reserve her interpreter so both may travel to Butte County Jail, where the defendant is in custody, and review the plea offer with him.

1    Based upon the foregoing, the parties agree that the time under

2    the Speedy Trial Act should be excluded from the date of signing of

3    this order through and including September 2, 2011 pursuant to 18

4    U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

5    Code T4 based upon continuity of counsel and defense preparation.

6

     DATED:   August 25, 2011.                  Respectfully submitted,

7
                                                DANIEL J. BRODERICK
8                                               Federal Public Defender

9

10                                              /s/ Caro Marks
                                                CARO MARKS
11                                              Designated Counsel for Service
                                                Attorney for Isidro Rubio-Rodriguez
12

13   DATED:   August 25, 2011.                  BENJAMIN WAGNER
                                                United States Attorney
14

15
                                                /s/ Caro Marks for
16                                              MICHELE BECKWITH
                                                Assistant U.S. Attorney
17                                              Attorney for Plaintiff

18

19

20                                 ORDER

21    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

22   ordered that the August 26, 2011,  status conference hearing be

23   continued to September 2, 2011, at 9:00 a.m.  Based on the

24   representation of defense counsel and good cause appearing there from,

25   the Court hereby finds that the failure to grant a continuance in this

26   case would deny defense counsel reasonable time necessary for effective

27   preparation, taking into account the exercise of due diligence.  The

28   Court finds that the ends of justice to be served by granting a

                                     2

1  continuance outweigh the best interests of the public and the defendant

2  in a speedy trial.  It is ordered that time up to and including the

3  September 2, 2011 status conference shall be excluded from computation

4  of time within which the trial of this matter must be commenced under

5  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

6  and Local Code T-4, to allow defense counsel reasonable time to

7  prepare.

8  Dated:  August 25, 2011

9

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge